UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
IN RE: Fosamax Products Liability       :
Litigation                              :
                                        :
-------------------------------------------------------x
*This Document Relates to*: All Actions  :
                                        :
-------------------------------------------------------x

1:06-md-1789 (JFK)
**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-12-07

SEE ATTACHED

MDL 06-1789
In re Fosamax Products Liability - Order.

Defendants, Merck & Co. Inc., are hereby permitted to file hard copy Opposition papers to Plaintiffs' Motion for Class Certification. The volume of papers to be submitted is the reason for this authorization.

September 12, 2007
So ordered

John F. Keenan
U.S.D.J.

SO ORDERED