**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
IN RE: Fosamax Products Liability  :
Litigation                         :          1:06-md-1789  (JFK)
                                   :      **<u>Memorandum Opinion & Order</u>**
-------------------------------------------------------------x
*This Document Relates to*: All Actions :
                                   :
-------------------------------------------------------------x

**JOHN F. KEENAN**, **United States District Judge**:

        Following a conference on September 11, 2007, it is

hereby ordered that:


(1)   The master complaint shall not be implemented.  The

implementation of a master complaint at this point in the

litigation, after approximately 270 individual complaints already

have been successfully filed and answered, is not necessary and

would not be particularly productive.  As the Plaintiffs Steering

Committee ("PSC") does not strongly advocate the use of a master

complaint but only proposed it pursuant to the Court's discussion

of the subject in late 2006, the PSC's request to submit the

master complaint and a related implementing case management order

("CMO") is denied.


(2)   The PSC's request that Merck prepare case profile forms

("CPFs") is denied.  The Court finds no change in circumstances

warranting reconsideration of its prior conclusion in CMO No. 3

that the use of a defendant CPF is unnecessary.  Merck shall

respond to individual discovery requests in good faith and in a
timely manner.

(3)   The Court reserves decision on the PSC's request for an
evidentiary hearing on the class certification motion.  The Court
will determine whether an evidentiary hearing is necessary or
whether the memoranda of law, affidavits, deposition testimony
and other relevant evidence that the parties will have submitted
by September 27, 2007 in connection with the class certification
motion provide a sufficient factual basis for its disposition.
See In re Initial Public Offering Securities Litigation, 471 F.3d
24, 41-42 (2d. Cir. 2006); Marcera v. Chinlund, 565 F.2d 253, 255
(2d. Cir. 1977). See generally 32B Am. Jur. 2d Federal Courts §
1585.

(4) The Court reserves decision on the sharing of discovery costs
related to document production.  The parties shall
contemporaneously submit to the Court by October 6, 2007 briefs
on this issue and may address (a) the Court's authority to shift
Merck's production costs to Plaintiffs (b) precedents of cost-
sharing arrangements in multi-district litigations and the terms
thereunder (c) the propriety of cost-sharing and its likely
effect on the litigation (d) the costs associated with Merck's
production of documents (e) an appropriate price per page to be
paid by Plaintiffs and the propriety and amount of a cap to be

placed on Plaintiff's total payments (f) the timing and manner of
payments and (g) the mechanics of individual plaintiff
contributions, including the adjustment of contributions per
plaintiff to account for after-filing plaintiffs.  The briefs
shall be limited to 25 pages and shall conform to the Court's
individual practices.

SO ORDERED.
Dated:    New York, New York
          September 12, 2007

                                  JOHN F. KEENAN
                        United States District Judge