UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE: FOSAMAX PRODUCTS LIABILITY    :
LITIGATION
                                     :   MDL No. 1789
                                         1:06-md-1789 (JFK)
_____ x
*This Document Relates to:*           :   **ORDER**
All actions                          :
------------------------------------x
JOHN F. KEENAN, United States District Judge:

    Oral argument on Plaintiffs' motion to compel production of documents will take place at 10:00 a.m. on June 2, 2008 in Courtroom 20-C.

SO ORDERED.

Dated:    New York, New York
          May 21, 2008

                                          /s/ John F. Keenan
                                          JOHN F. KEENAN
                                United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5-21-08]